No. 60. FEDERAL POWER COMMISSION *v.* SUNRAY DX OIL CO. ET AL.;

No. 61. UNITED GAS IMPROVEMENT CO. *v.* SUNRAY DX OIL CO. ET AL.;

No. 62. BROOKLYN UNION GAS CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 80. FEDERAL POWER COMMISSION *v.* STANDARD OIL CO. OF TEXAS, A DIVISION OF CHEVRON OIL CO., ET AL.; and

No. 97. UNITED GAS IMPROVEMENT CO. *v.* SUNRAY DX OIL CO. C. A. 10th Cir. (Certiorari granted, *ante,* p. 811.) Motion of Pan American Petroleum Corp. for leave to file a brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *J. P. Hammond, Harold H. Young, Jr., Wm. J. Grove, Carroll L. Gilliam* and *Phillip R. Ehrenkranz* on the motion.

No. 70. ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.* LISI ET AL. C. A. 2d Cir. Motions of United Kingdom of Great Britain and Northern Ireland, Republic of Italy, and Canada for leave to file briefs, as *amici curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. *Edwin Longcope* for United Kingdom of Great Britain and Northern Ireland, *Alfred C. Clapp* for Republic of Italy, and *Robert MacCrate* for Canada, on the motions. [For earlier orders herein, see *ante,* pp. 926, 1000.]

No. 73. IN RE RUFFALO. C. A. 6th Cir. (Certiorari granted, *ante,* p. 815.) Motion of Ohio State Bar Association and Mahoning County Bar Association for leave to argue orally granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Thomas V. Koykka* on the motion.